**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

<u>**IN RE:**</u>
**BURTON WIAND
RECEIVERSHIP
CASES PENDING
IN THE TAMPA            Case Nos.: 8:05-cv-1856-T-27MSS, et al.,
DIVISION OF THE
MIDDLE DISTRICT
OF FLORIDA**

_____/

<u>**ORDER**</u>

**THIS MATTER** comes before the Court on the Defendants' motions for extensions of time to answer or file a responsive pleading to the Receiver's amended complaints filed in the cases listed in Appendix A. Upon consideration, it is

**ORDERED** as follows:

1. Any pending motions requesting an extension are **GRANTED**. The deadlines for filing all motions to dismiss or to answer any amended complaint filed by the Receiver in this Court is **June 15, 2007.** Any motions to dismiss filed by Defendants shall not exceed twenty-five (25) pages.

2. The Receiver, on or before **July 9, 2007**, shall file a "global" response to all motions to dismiss filed on or before June 15, 2007. The Receiver's response shall not exceed thirty (30) pages.

3. Motions for leave to file replies or sur-replies will not be entertained by the Court. If replies or sur-replies become necessary, the Court will request the same.

4. The Court will thereafter determine whether oral argument is required. If so, it shall be held on **Thursday, August 23, 2007**, at **10:00 a.m.** at the Sam Gibbons United States Courthouse, Tampa Florida, in Courtroom 10A. Counsel for all parties whose motions are pending as of June 15 2007, shall attend the hearing *in person*.

5. To the extent that the Defendants can agree on a lead counsel to argue on behalf of the Defendants globally, they shall confer and designate a lead counsel for this purpose. If they cannot agree, each counsel will be permitted to present limited argument to the Court or may opt to rest on the written submissions.

6. If, upon review of the memoranda and consideration of the law, the Court determines that oral argument is not necessary, the hearing will be canceled or may proceed to address any other issues that may be outstanding, and the parties will be so notified.

7. The **CLERK** is directed to file a copy of this Order in each case listed in Appendix B.

**DONE** and **ORDERED** in Tampa, Florida on this 31st day of May 2007.

MARY S. SCRIVEN
United States Magistrate Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties

## **APPENDIX A**

| Case Number | Case Name |
|---|---|
| 8:06-cv-00605-EAK-MSS | Wiand v. Terry |
| 8:06-cv-00606-RAL-MSS | Wiand v. Trugman |
| 8:06-cv-00608-EAK-MSS | Wiand v. Wornham |
| 8:06-cv-00610-JDW-MSS | Wiand v. Gruen, *et al* |
| 8:06-cv-00611-SDM-MSS | Wiand v. Dell, *et al* |
| 8:06-cv-00612-EAK-MSS | Wiand v. Isroff |
| 8:06-cv-00613-RAL-MSS | Wiand v. Hayes |
| 8:06-cv-00614-EAK-MSS | Wiand v. Dimont, *et al* |
| 8:06-cv-00616-JDW-MSS | Wiand v. Kavensky |
| 8:06-cv-00617-JDW-MSS | Wiand v. Greenberg, *et al* |
| 8:06-cv-00622-JDW-MSS | Wiand v. Isroff |
| 8:06-cv-00631-JDW-MSS | Wiand v. Owens |
| 8:06-cv-00632-JDW-MSS | Wiand v. Savran, *et al* |
| 8:06-cv-00633-JDW-MSS | Wiand v. Shaw |
| 8:06-cv-00634-JDW-MSS | Wiand v. Shaw |
| 8:06-cv-00636-JDW-MSS | Wiand v. Tuck, *et al* |
| 8:06-cv-00642-JDW-MSS | Wiand v. Baratz, *et al* |
| 8:06-cv-00643-JDW-MSS | Wiand v. Conner, *et al* |
| 8:06-cv-00644-JDW-MSS | Wiand v. Feldman |
| 8:06-cv-00646-JDW-MSS | Wiand v. Nathenson, *et al* |
| 8:06-cv-00648-JDW-MSS | Wiand v. Owens, *et al* |
| 8:06-cv-00649-JDW-MSS | Wiand v. Libor Partners |
| 8:06-cv-00650-JDW-MSS | Wiand v. The Rampell Partnership, *et al* |
| 8:06-cv-00652-JDW-MSS | Wiand v. Nathenson, *et al* |
| 8:06-cv-00653-JDW-MSS | Wiand v. Shaw |
| 8:06-cv-00697-JDW-MSS | Wiand et al v. Vinograd, *et al* |
| 8:06-cv-00698-JDW-MSS | Wiand v. Siegel |
| 8:06-cv-00699-JDW-MSS | Wiand v. Owens |
| 8:06-cv-00700-JDW-MSS | Wiand v. Vinograd |
| 8:06-cv-00701-JDW-MSS | Wiand v. Garcia |
| 8:06-cv-00823-JDW-MSS | Wiand v. Vinogrand |
| 8:06-cv-00824-JDW-MSS | Wiand v. Vinograd |
| 8:06-cv-00825-JDW-MSS | Wiand v. Vinograd |
| 8:06-cv-00826-JDW-MSS | Wiand v. Disraeli |
| 8:06-cv-00833-JDW-MSS | Wiand v. Adatto |
| 8:06-cv-00834-JDW-MSS | Wiand v. Seidman, *et al* |
| 8:06-cv-01048-JDW-MSS | Wiand v. Rubin |
| 8:06-cv-01049-JDW-MSS | Wiand v. Baratz, *et al* |

| | |
|---|---|
| 8:06-cv-01072-JDW-MSS | Wiand v. Goldstein, *et al* |
| 8:06-cv-01085-JDW-MSS | Wiand v. Mitchell |

**APPENDIX B**

| | |
|---|---|
| 8:05-cv-01856-JDW-MSS | Wiand v. Waxenberg |
| 8:06-cv-00605-JDW-MSS | Wiand v. Terry |
| 8:06-cv-00606-JDW-MSS | Wiand v. Trugman |
| 8:06-cv-00607-JDW-MSS | Wiand v. Shaw |
| 8:06-cv-00608-JDW-MSS | Wiand v. Wornham |
| 8:06-cv-00609-JDW-MSS | Wiand v. Abraham |
| 8:06-cv-00610-JDW-MSS | Wiand v. Gruen, *et al* |
| 8:06-cv-00611-JDW-MSS | Wiand v. Dell, *et al* |
| 8:06-cv-00612-JDW-MSS | Wiand v. Isroff |
| 8:06-cv-00613-JDW-MSS | Wiand v. Hayes |
| 8:06-cv-00614-JDW-MSS | Wiand v. Dimont, *et al* |
| 8:06-cv-00615-JDW-MSS | Wiand v. Cottage Development, LLC |
| 8:06-cv-00616-JDW-MSS | Wiand v. Kavensky |
| 8:06-cv-00617-JDW-MSS | Wiand v. Greenberg, *et al* |
| 8:06-cv-00618-JDW-MSS | Wiand v. Court Street, LLC |
| 8:06-cv-00622-JDW-MSS | Wiand v. Isroff |
| 8:06-cv-00623-JDW-MSS | Wiand v. Isroff |
| 8:06-cv-00631-JDW-MSS | Wiand v. Owens |
| 8:06-cv-00632-JDW-MSS | Wiand v. Savran, *et al* |
| 8:06-cv-00633-JDW-MSS | Wiand v. Shaw |
| 8:06-cv-00634-JDW-MSS | Wiand v. Shaw |
| 8:06-cv-00635-JDW-MSS | Wiand v. Siegel |
| 8:06-cv-00636-JDW-MSS | Wiand v. Tuck, *et al* |
| 8:06-cv-00639-JDW-MSS | Wiand v. Winkler, *et al* |
| 8:06-cv-00640-JDW-MSS | Wiand v. Baratz, *et al* |
| 8:06-cv-00641-JDW-MSS | Wiand v. Burman, *et al* |
| 8:06-cv-00642-JDW-MSS | Wiand v. Baratz, *et al* |
| 8:06-cv-00643-JDW-MSS | Wiand v. Conner, *et al* |
| 8:06-cv-00644-JDW-MSS | Wiand v. Feldman |
| 8:06-cv-00645-JDW-MSS | Wiand v. Levey, *et al* |
| 8:06-cv-00646-JDW-MSS | Wiand v. Nathenson, *et al* |
| 8:06-cv-00647-JDW-MSS | Wiand et al v. Harvey Levine, *et al* |
| 8:06-cv-00648-JDW-MSS | Wiand v. Owens, *et al* |
| 8:06-cv-00649-JDW-MSS | Wiand v. Libor Partners |
| 8:06-cv-00650-JDW-MSS | Wiand v. The Rampell Partnership, *et al* |
| 8:06-cv-00651-JDW-MSS | Wiand v. Nessel |
| 8:06-cv-00652-JDW-MSS | Wiand v. Nathenson, *et al* |
| 8:06-cv-00653-JDW-MSS | Wiand v. Shaw |
| 8:06-cv-00696-JDW-MSS | Wiand v. Sussman |
| 8:06-cv-00697-JDW-MSS | Wiand et al v. Vinograd, *et al* |

| | |
|---|---|
| 8:06-cv-00698-JDW-MSS | Wiand v. Siegel |
| 8:06-cv-00699-JDW-MSS | Wiand v. Owens |
| 8:06-cv-00700-JDW-MSS | Wiand v. Vinograd |
| 8:06-cv-00701-JDW-MSS | Wiand v. Garcia |
| 8:06-cv-00703-JDW-MSS | Wiand v. Rosenberg |
| 8:06-cv-00705-JDW-MSS | Wiand v. Waxenberg |
| 8:06-cv-00706-JDW-MSS | Wiand v. Schnall, *et al* |
| 8:06-cv-00708-JDW-MSS | Wiand v. Waxenberg |
| 8:06-cv-00822-JDW-MSS | Wiand v. Vinograd |
| 8:06-cv-00823-JDW-MSS | Wiand v. Vinogrand |
| 8:06-cv-00824-JDW-MSS | Wiand v. Vinograd |
| 8:06-cv-00825-JDW-MSS | Wiand v. Vinograd |
| 8:06-cv-00826-JDW-MSS | Wiand v. Disraeli |
| 8:06-cv-00830-JDW-MSS | Wiand v. Isaacson, *et al* |
| 8:06-cv-00831-JDW-MSS | Wiand v. Neumann, *et al* |
| 8:06-cv-00832-JDW-MSS | Wiand v. Rakov |
| 8:06-cv-00833-JDW-MSS | Wiand v. Adatto |
| 8:06-cv-00834-JDW-MSS | Wiand v. Seidman, *et al* |
| 8:06-cv-00835-JDW-MSS | Wiand v. Shaw |
| 8:06-cv-00837-JDW-MSS | Wiand v. Stevenson |
| 8:06-cv-01048-JDW-MSS | Wiand v. Rubin |
| 8:06-cv-01049-JDW-MSS | Wiand v. Baratz, *et al* |
| 8:06-cv-01069-JDW-MSS | Wiand v. Browning |
| 8:06-cv-01070-JDW-MSS | Wiand v. Saltz |
| 8:06-cv-01072-JDW-MSS | Wiand v. Goldstein, *et al* |
| 8:06-cv-01073-JDW-MSS | Wiand v. Shaw |
| 8:06-cv-01075-JDW-MSS | Wiand v. Waxenberg |
| 8:06-cv-01085-JDW-MSS | Wiand v. Mitchell |
| 8:06-cv-01092-JDW-MSS | Wiand v. Glaser, *et al* |
| 8:06-cv-01203-JDW-MSS | Wiand v. Abiri |